# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 19, 2006

130352

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

ALPHONZO LEON WRIGHT,
          Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130352
COA: 256475
Genesee CC: 03-012650-FH

On order of the Court, the application for leave to appeal the November 29, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

CAVANAGH, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 19, 2006

s0712

_____
Clerk